# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BEAU HIGGINBOTHAM

VERSUS

DOUG WELBORN, IN HIS
OFFICIAL CAPACITY AS CLERK
OF COURT FOR EAST BATON
ROUGE PARISH

NO.   2021 CW 0308

**APRIL 9, 2021**

---

In Re:   Beau Higginbotham, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 703011.

---

**BEFORE:   CHUTZ, LANIER, AND WOLFE, JJ.**

**WRIT GRANTED IN PART AND DENIED IN PART.**  The portion of the district court's February 2, 2021 judgment which granted the exception of no cause of action filed by Doug Welborn, in his official capacity as Clerk of Court for East Baton Rouge Parish, as to the request for a writ of mandamus is reversed.  The grant of the exception of no cause of action as to one theory of recovery resulted in an impermissible partial grant of an exception of no cause of action.  If there are two or more items of damages or theories of recovery that arise out of the operative facts of a single transaction or occurrence, a partial judgment on an exception of no cause of action should not be rendered to dismiss an item of damages or theory of recovery. **Robinson v. Wayne & Beverly Papania & Pyrenees Invs., LLC,** 2015-1354 (La. App. 1st Cir. 10/31/16), 207 So.3d 566, 572, writ denied, 2016-2113 (La. 3/13/17), 216 So.3d 808.  The exception of no cause of action is denied.  The writ application is denied in all other respects.

**WRC**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
   FOR THE COURT